Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Miguel Aguilar-Alejandres

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:14-CR-00021 AWI BAM |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING CHANGE OF PLEA COURT DATE** |
| MIGUEL AGUILAR-ALEJANDRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MIGUEL AGUILAR-ALEJANDRES, and Melanie Alsworth, Assistant United States Attorney, that the status hearing be advanced from May 27, 2014 at 1:00 p.m. to May 5, 2014 at 10:00 a.m. This hearing will be for a Change of Plea.

Dated: April 29, 2014           Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant,
Miguel Aguilar-Alejandres

Dated: April 29, 2014           /s/ Melanie Alsworth
Melanie Alsworth, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   April 29, 2014          _____
                                  SENIOR DISTRICT JUDGE

1