Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Miguel Aguilar-Alejandres

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MIGUEL AGUILAR-ALEJANDRES,<br><br>　　　　Defendant. | Case No.: 1:14-CR-00021 AWI BAM<br><br>**STIPULATION REGARDING SENTENCING HEARING DATE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant MIGUEL AGUILAR-ALEJANDRES, and Melanie Alsworth, Assistant United States Attorney, that the Sentencing Hearing be advanced from July 14, 2014 at 10:00 a.m. to June 30, 2014 at 10:00 a.m.

Dated: June 23, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　Miguel Aguilar-Alejandres

Dated: June 23, 2014　　　　　　　　　　/s/ Melanie Alsworth
　　　　　　　　　　　　　　　　　　　　Melanie Alsworth, Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:　June 23, 2014　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1